

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

**NANCY A. DEL PIZZO**
Partner
(201) 287-2472
nancy.delpizzo@rivkin.com

April 27, 2022

**VIA ECF**
The Hon. John G. Koeltl, U.S.D.J.
The United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse, Courtroom 14A
500 Pearl Street
New York, New York 10007

    Re: *Martinka v. LaborPress Inc.*, 1:22-cv-03001 (JGK) (SN)
          *RR File No.: 7792-11*

Dear Judge Koeltl:

    We represent defendant, LaborPress Inc. ("LaborPress"). Pursuant to paragraph I.E. of Your Honor's Individual Practices, we write to request a brief extension of time to respond to the Complaint. We were just retained and understand the response is due Friday, May 6, 2022. We ask for an extension of three weeks to provide us time to review the matter and file a response, which would extend the deadline up to and including, **Friday, May 27, 2022.** This is the first request for an extension, and Plaintiff's counsel consents.

    We thank the Court for its time and consideration.

                                Respectfully submitted,

                                RIVKIN RADLER LLP

                                *s/ Nancy A. Del Pizzo*
                                Nancy A. Del Pizzo

c: Counsel of Record (via ECF)

                                APPLICATION GRANTED
                                  SO ORDERED

4/27/22             /s/ John G. Koeltl
                                John G. Koeltl, U.S.D.J.

66 South Pearl Street, 11th Floor      477 Madison Avenue      2649 South Road      926 RXR Plaza
Albany, NY 12207-1533      New York, NY 10022-5843      Poughkeepsie, NY 12601-6843      Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199      T 212.455.9555 F 212.687.9044      T 845.473.8100 F 845.473.8777      T 516.357.3000 F 516.357.3333